## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Michael Haffner, etc.,        Plaintiff, | |
| v. | |
| Cioni Excavating, Inc., | **JUDGE SHADUR** |
|                                Defendant. | **MAGISTRATE JUDGE VALDEZ** |

**08 C 510**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Michael Haffner, as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund and as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund

| | |
|---|---|
| NAME (Type or print) | |
| Martin P. Barr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Martin P. Barr | |
| FIRM | |
| Carmell Charone Widmer Moss & Barr | |
| STREET ADDRESS | |
| 230 West Monroe Street, Suite 1900 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190349 | (312) 236-8033 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐