# Affidavit of Process Server

**Michael Haffner, et al** vs **Cioni Excavating, Inc**   **08C510**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I, _Matt W_____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Cioni Excavating, Inc_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) _Joey Waldman – Registered agent_
at ☐ Home_____
☒ Business _1247 Waukegan Road, Glenview, IL_
☐ on (DATE) _2/4/08_ at (TIME) _11:30 am_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____, ( )_____, ( )_____
DATE TIME

**Description:**
☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female   ☐ Black Skin   ☒ Brown Hair   ☐ Balding   ☒ 21-35 Yrs.   ☒ 5'0"-5'3"   ☒ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this ___ day of _February_, 20_08_

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Haffner, as Trustee of the Chauffeurs, Teamsters &
Helpers Local Union No. 301 Health & Welfare Fund and as
Trustee of the Chauffeurs, Teamsters & Helpers Local
Union No. 301 Pension Fund,           Plaintiff,

V.

Cioni Excavating, Inc.,
                    Defendant.

CASE NUMBER: **08 C 510**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Cioni Excavating, Inc.
c/o Patricia Cioni, Its President
70 Noll Street
Waukegan, IL  60085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Widmer, III
Martin P. Barr
Carmell Charone Widmer Moss & Barr
230 West Monroe St., Suite 1900
Chicago, IL  60606
(312) 236-8033

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**January 23, 2008**
_____
Date