U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 510 |
|---|---|
| MICHAEL HAFFNER, et al. v. CIONI EXCAVATING, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CIONI EXCAVATING, INC.

| NAME (Type or print) |  |
|---|---|
| JOHN M. RICCIONE |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ John M. Riccione |  |
| FIRM |  |
| ARONBERG GOLDGEHN DAVIS & GARMISA |  |
| STREET ADDRESS |  |
| 330 N. WABASH AVE., SUITE 3000 |  |
| CITY/STATE/ZIP |  |
| CHICAGO, ILLINOIS 60611 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6209375 | 312-828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |