UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, <br><br>Plaintiffs, <br>v. <br><br>CIONI EXCAVATING, INC., <br><br>Defendant. | Case No.: 08 C 510 <br><br><br><br>Honorable Judge Shadur |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

Defendants Cioni Excavating, Inc. ("Cioni"), by and through its attorneys, John M. Riccione and Jillian A Cole, respectfully move this Court for an extension of time to file their responsive pleading. In support of its motion, Defendant states as follows:

1. Plaintiff and Defendant have reached an agreement in principle on all issues involved in the above-captioned case. Today, the undersigned transmitted a written draft settlement agreement to Plaintiff's counsel. Although Defendant's responsive pleading is due today, February 25, 2008, Defendant would like to focus its efforts on disposing of this matter through settlement instead of drafting a responsive pleading. In addition, and by no means less important, Defendant does not wish to utilize the Court's resources in a matter which is going to settle in a matter of days or weeks.

2. On March 12, 2008 at 9:00 a.m., a status hearing is set in this matter. Defendant wishes to extend the time for filing a responsive pleading until the date of said status

conference on March 12, at which time the undersigned can inform the Court, hopefully, that this matter is settled.

3. The undersigned believes that the requested extension is appropriate under the circumstances, reasonable, fair, and will not unfairly prejudice Plaintiff.

WHEREFORE, Defendant, Cioni Excavating, Inc., respectfully requests that this Court enter an order granting Defendants an extension of time up to and including March 12, 2008 to file a responsive pleading.

Dated: February 25, 2008

Respectfully submitted,

Cioni Excavating, Inc.

s/ John M. Riccione
John M. Riccione, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue, Suite 3000
Chicago, IL 60611
312.828.9600

472711.v1