UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND,<br><br>    Plaintiffs,<br>v.<br><br>CIONI EXCAVATING, INC.,<br><br>    Defendant. | Case No.: 08 C 510<br><br><br>Honorable Judge Shadur |

## NOTICE OF MOTION

TO: Martin Phillip Barr, Esq.
   William A. Widmer, III, Esq.
   Carmell, Charone, Widmer, Mathews & Moss
   230 West Monroe Street, #1900
   Chicago, IL 60606

   PLEASE TAKE NOTICE that on **March 12, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur or any judge sitting in his stead, in the courtroom usually occupied by him, in Room 2303 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's **Motion for Extension of Time Within Which to File a Responsive Pleading.**

                  CIONI EXCAVATING, INC.


                  By: s/ John M. Riccione
                    One of their attorneys

John M. Riccione, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 3000
Chicago, Illinois 60611
312/828-9600
30375

## CERTIFICATE OF SERVICE

   John M. Riccione, an attorney, on oath states that he caused copies of the foregoing Motion to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9.

                        s/ John M. Riccione

472712.v1