# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                        Case Number: 08 C 510

MICHAEL HAFFNER, et al. v. CIONI EXCAVATING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CIONI EXCAVATING, INC.

| | |
|---|---|
| **NAME (Type or print)** <br> JILLIAN S. COLE | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jillian S. Cole | |
| **FIRM** <br> ARONBERG GOLDGEHN DAVIS & GARMISA | |
| **STREET ADDRESS** <br> 330 N. WABASH AVE., SUITE 3000 | |
| **CITY/STATE/ZIP** <br> CHICAGO, ILLINOIS 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6279025 | **TELEPHONE NUMBER** <br> 312-828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |