UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND,  )<br>    Plaintiffs,  )<br>v.  )<br>CIONI EXCAVATING, INC.,  )<br>    Defendant.  ) | Case No.: 08 C 510<br><br>Honorable Judge Shadur |

**AMENDED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Defendants Cioni Excavating, Inc. ("Cioni"), by and through its attorneys, John M. Riccione and Jillian A Cole, respectfully move this Court for an extension of time to file their responsive pleading. In support of its motion, Defendant states as follows:

1. On or about February 25, 2008, Plaintiff and Defendant reached an agreement in principle on all issues involved in the above-captioned case. After several attempts to craft a mutually agreeable written settlement agreement allowing Defendant to pay the settlement amount over time proved cumbersome, the parties agreed to an alternative arrangement whereby Defendant would pay the settlement amount in one lump sum on or before February 21, 2008.

2. Although Defendant's responsive pleading was due by February 25, 2008, Plaintiff and Defendant have agreed to resolve this matter fully. As such, there will be no need to expend further legal fees on litigation. In addition, and by no means less important, Defendant

does not wish to utilize the Court's resources in a matter which is going to settle in a matter of days or weeks.

3. On or about February 26, 2008, Defendant filed its Motion for Extension of Time requesting until the date of the initial status hearing in this case, March 12, 2008, to file a responsive pleading in the event that this matter was not resolved.[1] Defendant wishes to extend the time for filing a responsive pleading until March 21, 2008 to allow time for Defendant to gather the funds necessary to make the lump sum settlement payment.

4. The undersigned believes that the requested extension is appropriate under the circumstances, reasonable, fair, and Plaintiff's counsel has advised the undersigned that he has no objection to this request.

WHEREFORE, Defendant, Cioni Excavating, Inc., respectfully requests that this Court enter an order granting Defendants an extension of time up to and including March 21, 2008 to file a responsive pleading.

---

[1] Actually, Defendant attempted to file its pleading on February 25, 2008, but was forced out of the Pacer system due to technical difficulties with the system at the time. Thus, the Motion was filed on February 26, 2008.

Dated: March 5, 2008                             Respectfully submitted,

                                                            Cioni Excavating, Inc.

                                                            <u>s/ John M. Riccione</u>
                                                            John M. Riccione, Esq.
                                                           Jillian S. Cole, Esq.
                                                           ARONBERG GOLDGEHN DAVIS &
                                                           GARMISA
                                                           330 North Wabash Avenue, Suite 3000
                                                           Chicago, IL 60611
                                                           312.828.9600

473942

3