IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAFFNER, as Trustee of the | ) | |
| CHAUFFEURS, TEAMSTERS & HELPERS | ) | |
| LOCAL UNION NO. 301 HEALTH & | ) | |
| WELFARE FUND and as Trustee of the | ) | Case No. 08 C 510 |
| CHAUFFEURS, TEAMSTERS & HELPERS | ) | |
| LOCAL UNION NO. 301 PENSION FUND, | ) | Judge Shadur |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| CIONI EXCAVATING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Haffner, as trustee of the Chauffeurs, Teamsters & Helpers Local Union

No. 301 Health & Welfare Fund ("Health & Welfare Fund") and the Chauffeurs, Teamsters &

Helpers Local Union No. 301 Pension Fund ("Pension Fund"), pursuant to Rule 41(a)(1)(i) of the

Federal Rules of Civil Procedure, hereby voluntarily dismisses the complaint against Defendant

Cioni Excavating, Inc.

Respectfully submitted,

s/Martin P. Barr
Martin P. Barr
Attorney for Plaintiff Michael Haffner

CARMELL CHARONE WIDMER
  MOSS & BARR
230 West Monroe, Suite 1900
Chicago, Illinois 60606
(312) 236-8033

Dated: March 31, 2008