IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, | ) ) ) ) ) ) ) | |
| | ) | Case No. 08 C 510 |
| | ) | Judge Shadur |
| Plaintiffs, | ) ) | Magistrate Judge Valdez |
| v. | ) ) | |
| CIONI EXCAVATING, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   John M. Riccione, Esq.
      Aronberg Goldgehn Davis & Garmisa
      330 N. Wabash Ave.
      Suite 3000
      Chicago, IL  60611-3699

PLEASE TAKE NOTICE that on Monday, March 31, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Notice of Voluntary Dismissal Without Prejudice**, a copy of which is attached hereto and herewith served upon you.

                                                  s/ Martin P. Barr
                                                  Martin P. Barr, attorney for Plaintiffs

CARMELL CHARONE WIDMER
 MOSS & BARR
230 West Monroe Street
Suite 1900
Chicago, Illinois  60606
(312)  236-8033

Dated:  March 31, 2008

## **CERTIFICATE OF SERVICE**

      I, Martin P. Barr, an attorney, certify that I served this Notice and pleading to all counsel of record in accordance with Fed. R. Civ. P. 5(a) via CM/ECF Electronic Case Filing on March 31, 2008.

                                              s/Martin P. Barr  
                                              Martin P. Barr, Attorney for Plaintiffs  
                                              Attorney for Plaintiff Michael Haffner  
                                              CARMELL CHARONE WIDMER  
                                                  MOSS & BARR  
                                              230 West Monroe, Suite 1900  
                                              Chicago, Illinois 60606  
                                              (312) 236-8033